IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLENE SPINKS,

    Plaintiff,

vs.                                                      No. 03-2568-D/P

HOME TECH SERVICES, CO. INC., et al.,

    Defendants.

## ORDER GRANTING NOVASTAR MORTGAGE, INC.'S
## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

This matter came before the Court upon the Motion of Defendant, NovaStar Mortgage, Inc. ("NovaStar"), for leave to file a Supplemental Memorandum in support of its Motion for Discovery Sanctions or in the Alternative to Compel Discovery.

Upon due consideration of this matter, it appears that NovaStar's Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion of NovaStar Mortgage, Inc., for leave to file a Supplemental Memorandum, is Granted. Exhibit 1 to the Motion is hereby accepted as filed.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 5/11/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 284 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT