IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLENE SPINKS,

    Plaintiff,

vs.                                No. 03-2568-D/P

HOME TECH SERVICES, CO. INC., et al.,

    Defendants.

### ORDER GRANTING NOVASTAR MORTGAGE, INC.'S MOTION FOR EXTENSION OF TIME TO REQUEST RECONSIDERATION OR IN THE ALTERNATIVE TO RENEW MOTION TO COMPEL

Before the Court is the Motion of Defendant, NovaStar Mortgage, Inc. ("NovaStar"), for an extension of time to request reconsideration of the Order filed May 25, 2005. Docket #287. In that Order, the Court granted NovaStar's Motion to Compel Discovery on its Second Set of Document Requests and Interrogatories ("Motion to Compel"). In the alternative, NovaStar respectfully requests that it be granted leave to renew its Motion to Compel.

Upon due consideration, it appears that NovaStar's Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion of NovaStar Mortgage, Inc., is Granted.

                                                   [signature]
                                                   UNITED STATES MAGISTRATE JUDGE

                                   DATE: June 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/9/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 292 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT