IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLENE SPINKS,

    Plaintiff,

vs.                                       No. 03-2568-D/P

HOME TECH SERVICES CO., INC., et al.,

    Defendants.

---

ORDER GRANTING NOVASTAR MORTGAGE, INC.'S
MOTION FOR PROTECTIVE ORDER

---

This matter came before the Court upon the Motion of Defendant, NovaStar Mortgage, Inc. ("NovaStar") for Protective Order concerning its Rule 26(a) expert disclosures.

Upon due consideration of the matter before the Court, it appears that NovaStar's Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that:

NovaStar's Rule 26(a) expert disclosures shall be due 60 days after: (a) plaintiff makes all of her Rule 26(a) expert disclosures; and (b) plaintiff responds fully to all of NovaStar's Interrogatories, Document Requests and Requests for Admission, the deadlines for which are set by separate order of this Court.

UNITED STATES JUDGE

DATE: July 8, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 304 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Bernice Donald
US DISTRICT COURT