UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 20  AM 10: 0?

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| EDGAR JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 03-2567 – D/P |
| HOME TECH SERVICES CO., INC., ET AL., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| BOBBIE J. CARR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 03-2569 – D/P |
| HOME TECH SERVICES CO., INC., ET AL., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| CHARLENE SPINKS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 03-2568 – D/P ✓ |
| HOME TECH SERVICES CO., INC., ET AL., | ) ) ) | |
| Defendants. | ) ) | |

### ORDER ON JOINT MOTION FOR NEW TRIAL DATES

Before the Court is the Joint Motion for New Trial Dates filed by all the parties. The Court hereby finds that the Motion is well taken and should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7/21/05

306

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the trials of these cases are set for 9/11/2006 for 03-2567; 10/16/2006 for 03-2568; 10/30/2006 for 03-2569.

IT IS SO ORDERED, this 6th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

2

5106091.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 306 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

W. Timothy Hayes  
THE HARDISON LAW FIRM  
119 S. Main St.  
Ste. 300  
Memphis, TN 38103  

Honorable Bernice Donald  
US DISTRICT COURT