IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 26 AM 9:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHARLENE SPINKS,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>HOME TECH SERVICES CO., INC.,  )<br>et al.,  )<br>  )<br>        Defendants.  ) | Civ. No. 03-2568-D/P |

| | |
|---|---|
| BOBBIE CARR,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>HOME TECH SERVICES CO., INC.,  )<br>et al.,  )<br>  )<br>        Defendants.  ) | Civ. No. 03-2569-D/P |

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS FOR PROTECTIVE ORDER

Before the court are plaintiffs Bobbie Carr and Charlene Spinks's Motions for Protective Order, filed June 21, 2005 (dkt ##297 and 353). On July 8, 2005, defendant NovaStar Mortgage, Inc. filed its response, in which it stated that plaintiffs did not comply in good faith with this court's consultation requirement. Based on the record, the court finds that the plaintiffs have not

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

307

adequately consulted with defendant's counsel prior to filing their motions for protective order. See Hayes v. Home Tech Services, No. 05-2019 Ma/V (W.D. Tenn. 2005)(July 12, 2005 order denying without prejudice plaintiffs' motion for protective order). Therefore, the motions are DENIED without prejudice.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

July 22, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 307 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT