UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 PM 2: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**CHARLENE SPINKS**

    **Plaintiff,**

v.   NO:03-2568-D/P

**HOME TECH SERVICES CO., INC.,
MEMPHIS FINANCIAL SERVICES, INC.
WORLDWIDE MORTGAGE CORPORATION
NOVASTAR MORTGAGE, INC.
PERKINS, JOHNSON, AND SETTLE, PLLC
GREGG DREW**

    **Defendants.**

## [~~PROPOSED~~] ORDER GRANTING PROTECTIVE ORDER

**COME NOW** the Defendants Home Tech Services Co., Inc., Memphis Financial Services, Inc., and Worldwide Mortgage Corporation ("Defendants), for a protective order concerning Rule 26 expert disclosures. Upon consideration of the matter, it appears the Defendants motion should be granted.

**IT IS THEREFORE ORDERED** that Defendants expert disclosure shall be due not less than sixty (60) days after Plaintiffs makes Rule 26(a) disclosures and responds fully to all outstanding discovery.

_/s/_
U.S. Magistrate Judge

Date: August 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 316 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT