IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 5: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHARLENE SPINKS,

    Plaintiff.,

v.                                         No. 03-2568-D/P

GREG DREW, et. al.,

    Defendants.

## ORDER ON THE MOTION OF DEFENDANT GREGG DREW FOR AN EXTENSION OF TIME TO DISCLOSE EXPERTS

Before this Court is the Motion of Defendant Gregg Drew for Extension of Time to Disclose Experts. This Court finds that this motion is well taken and should be granted.

It is, therefore, ordered, adjudged and decreed that the deadline for the disclosure of experts by defendant Gregg Drew is extended and that this defendant will not be required to disclose any expert witnesses until sixty (60) days following expert disclosures by the plaintiff.

IT IS SO ORDERED, this the ___29___ day of ___August___, 2005.

_____
UNITED STATES ~~DISCTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and .9(a, ... on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 327 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Bernice Donald
US DISTRICT COURT