UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CHARLENE SPINKS**

    **Plaintiff,**

v.   NO:03-2568-DP

**HOME TECH SERVICES CO., INC.,
MEMPHIS FINANCIAL SERVICES, INC.
WORLDWIDE MORTGAGE CORPORATION
NOVASTAR MORTGAGE, INC.
PERKINS, JOHNSON, AND SETTLE, PLLC
GREGG DREW,
EARNEST WELLS,
NINA TOWNES,**

    **Defendants.**

## ORDER ON MOTION OF EVAN NAHMIAS, LOYS A JORDAN, LISA OVERALL AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL FOR HOME TECH SERVICES, MEMPHIS FINANCIAL SERVICES, WORLDWIDE MORTGAGE CORPORATION., EARNEST WELLS AND NINA TOWNES

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Home Tech Services, Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corp., Earnest Wells (Mr. Wells") and Nina Townes ("Defendants").

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/21/05

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Home Tech Services, Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corp., Earnest Wells (Mr. Wells") and Nina Townes ("Mrs. Townes") and that they be relieved of any future obligation in this matter.

Dated this 21 day of December, 2005.

Judge: *[signature]*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 335 in case 2:03-CV-02568 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT